# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:18-cr-294-DPM

DEXTER RANCIFER            DEFENDANT

## ORDER

Motion, № 12, granted. The Indictment against Rancifer is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 July 2018